UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                          Case No.  11-20427

SHERI ROSENBAUM,                                                Honorable Patrick J. Duggan

    Defendant.
_____/

## AMENDED RECOMMENDATION

Defendant was convicted following a jury trial of the five counts contained in the Fourth Superseding Indictment.  Defendant was sentenced to 24 months in the Bureau of Prisons as to Counts 1 through 5, and to a consecutive 24 months term as to Count 5.

Defendant's report date is June 10, 2015.

Presently before the Court is Defendant's motion for judicial recommendation as to Bureau of Prisons placement.  For the reasons set forth in the Defendant's motion, the Court hereby recommends that the Defendant be placed at FCP Alderson in Alderson, West Virginia.

                                    s/PATRICK J. DUGGAN
                                    UNITED STATES DISTRICT JUDGE

Date: May 13, 2015

Copies to:
Paul J. Stablein, Esq.
Patrick J. Hurford, Assistant U.S. Attorney